SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Waterloo Liquors, Inc., et al,<br><br>        Defendants | Case No. **2:11-cv-02052-WBS-CKD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF KATHERINE J. ELSHOLZ**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT this action is hereby dismissed without prejudice as against defendant Katherine J. Elshoz, pursuant to the request of plaintiff. This case is to remain open with remaining Defendants.

Date:   September 29, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE